```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 00726
   SIDNEY PRUETT
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3193


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/27/2006 and was confirmed 04/10/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 09/10/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00             .00           .00
FORD MOTOR CREDIT         SECURED           8307.46          831.97       3612.43
INTERNAL REVENUE SERVICE  PRIORITY           583.80             .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED         7132.82             .00           .00
ECAST SETTLEMENT CORP     UNSECURED         1158.75             .00           .00
MEDICAL COLLECTION SYSTE  UNSECURED        NOT FILED            .00           .00
NOVUS SERVICES            UNSECURED        NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED         1461.02             .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED            .00           .00
LVNV FUNDING LLC          UNSECURED         3350.98             .00           .00
LVNV FUNDING LLC          UNSECURED          915.33             .00           .00
ROUNDUP FUNDING LLC       UNSECURED         4421.70             .00           .00
THD CBUSA                 UNSECURED        NOT FILED            .00           .00
FORD MOTOR CREDIT         NOTICE ONLY      NOT FILED            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED          288.74             .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      200.20             .00        200.20
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,975.00                      1,031.92
TOM VAUGHN                TRUSTEE                                          323.50
DEBTOR REFUND             REFUND                                              .00


     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             6,000.02

PRIORITY                                       200.20
SECURED                                      3,612.43
    INTEREST                                   831.97
UNSECURED                                         .00
ADMINISTRATIVE                               1,031.92
TRUSTEE COMPENSATION                           323.50
```

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 00726 SIDNEY PRUETT

```
DEBTOR REFUND                                                       .00
                                         ---------------    ---------------
TOTALS                                         6,000.02           6,000.02
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                         /s/ Tom Vaughn
Dated: 12/27/07                          _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```